UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Trustees of the Chicago Painters, et al.

County of Residence: Cook

Plaintiff's Atty:    Donald D. Schwartz
                     James R. Anderson
                     Anthony B. Sanders
                     Arnold and Kadjan
                     19 W. Jackson Blvd., Suite 300 Chicago, IL 60604
                     312-236-0415

**Defendant(s):** Admiral Painting, Inc., a foreign corporation

County of Residence: Cook

Defendant's Atty:

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principle Parties
(Diversity Cases Only)
    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    791 E.R.I.S.A

VI. Cause of Action:    This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145

FILED: JULY 14, 2008
08CV3978
JUDGE LINDBERG
MAGISTRATE JUDGE VALDEZ
YM

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **No**

VIII. This case **Is NOT** a refiling of a previously dismissed case. (If yes case number _____ by Judge _____)

Signature:    _____s/James R. Anderson_____

Date:    _____July 14, 2008_____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**
Revised: 06/28/00