# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Cooperation Funds,<br>Plaintiff,<br>V.<br>Admiral Painting, Inc., a foreign corporation<br>Defendants, | Case Number:<br>FILED: JULY 14, 2008<br>08CV3978<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE VALDEZ<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| |
|---|
| NAME (Type or print)<br><br>ANTHONY B. SANDERS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>s/Anthony B. Sanders |
| FIRM<br><br>ARNOLD AND KADJAN |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6278133 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐   NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐   NO ☑ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐   NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐   NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||