# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Cooperation Funds, Plaintiff, V. Admiral Painting, Inc., a foreign corporation Defendants, | FILED: JULY 14, 2008 08CV3978 JUDGE LINDBERG MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) | YM |
|---|---|
| DONALD D. SCHWARTZ | |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Donald D. Schwartz |

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03124459 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐