## United States District Court for the Northern District of Illinois

Case Number: 08CV3978         Assigned/Issued By: DAJ

Judge Name: LINDBERG          Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00      [ ] $39.00      [ ] $5.00
               [ ] IFP          [ ] No Fee      [ ] Other _____
               [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                    Receipt #: 2930988

Date Payment Rec'd: 07/14/08           Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _07/14/08_ as to _DEF._____
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05