STATE OF MINNESOTA
County of Wright

|  |  |
|---|---|
|  | Court Number:<br>Process Number: 20082600<br><br>CERTIFICATE OF SERVICE |

I, Heath Gillham, Deputy of Wright County Sheriffs Office certify that I served Admiral Painting, Inc., Defendant, with the following documents:
    Summons & Complaint

I served these documents on the 22nd day of July, 2008 at 12:50 PM, at this address:
    46 Birch AV S
    Maple Lake, MN 55358-0759

Remarks: Personal service on Kenneth Steele, Officer Agent

I certify under penalty of perjury under the laws of the State of Minnesota that the forgoing is true and correct.

Sheriff Gary L. Miller

By: ___[signature]___ #322    Dated: 7-23-08
Heath Gillham, Deputy

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS
PENSION, WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP,
AND COOPERATION FUNDS
        Plaintiffs,

V.

ADMIRAL PAINTING, INC.,
A FOREIGN CORPORATION

        Defendant.

CASE NUMBER: 08CV3978

ASSIGNED JUDGE: JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

    ADMIRAL PAINTING, INC.
    C/O ITS REGISTERED AGENT, KENNETH J. STEELE
    46 BIRCH AVE. S
    MAPLE LAKE, MN 55358-0759

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    JAMES R. ANDERSON
    ANTHONY B. SANDERS
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 14, 2008
Date